```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 02863
   KEVIN KEITH DOZIER
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-6242
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/21/06 and confirmed on 05/24/06.

   2.  The case was dismissed after confirmation, 09/07/2007.

   3.  The Debtor paid a total of $   8582.26 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT ACCEPTANCE CORP | SECURED | 6676.43 | 405.32 | 5152.60 |
| ARMY/AIRFORCE EXCHANGE | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL AUTO | UNSECURED | 1833.07 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1222.15 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 49.50 | .00 | .00 |
| CSI | UNSECURED | NOT FILED | .00 | .00 |
| DFAS DE | UNSECURED | 4702.00 | .00 | .00 |
| DIAGNOSTIC RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| MONEY CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| NAVY FEDERAL CU | UNSECURED | 177.41 | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PARKWOOD ESTATES | UNSECURED | NOT FILED | .00 | .00 |
| PIONEER MILITARY LENDING | FILED LATE | .00 | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ANNESA DOZIER | CHILD SUPPORT | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6676.43 | .00 | 7984.13 | .00 | 14660.56 |
| PRINCIPAL PAID | 5152.60 | .00 | .00 | .00 | 5152.60 |
| INTEREST PAID | 405.32 | .00 | .00 | .00 | 405.32 |

```
TOTAL PAID                  5557.92           .00           .00           .00       5557.92
```
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3000.00
and was paid $       80.00   direct and $   2699.97   through the plan.

The Trustee received $     324.37 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/18/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 02863 KEVIN KEITH DOZIER